Cox *et al. v.* WHITFIELD, administratrix.

HILL, J.  The evidence in this case did not make an issue for the jury, and the court properly directed a verdict for the defendant.

                    *Judgment affirmed.  All the Justices concur.*
                    No. 640.  JUNE 13, 1918.

Claim.   Before Judge Tarver.   Murray superior court.   September 15, 1917.

*C. N. King* and *W. E. Mann,* for plaintiffs.
*Maddox, McCamy & Shumate,* for defendant.